IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL DINING GROUP, Inc., an Arizona corporation; ROYAL DINING CATERING, INC. d/b/a ROYAL DINING FOODS, a California corporation; and BETTER 4 YOU BREAKFAST, INC. d/b/a BETTER 4 YOU MEALS, a California corporation,<br><br>Defendants. | Case No.: CV-16-03313-PHX-DLR |

**PROPOSED CONSENT DECREE**

## I. RECITALS

1.  This matter was instituted by Plaintiff, Equal Employment Opportunity Commission ("Commission" or "Plaintiff" or "EEOC"), an agency of the United States government, alleging that Defendants, Royal Dining Group, Inc. ("RDG"), and Royal Dining Catering, Inc., d/b/a Royal Dining Foods ("RDC") violated Title VII of the Civil Rights Act of 1964 by subjecting Igancio Araujo-Moreno, Fernando Arteaga, Noe Rosas, and Octavio Sanchez to a hostile work environment because of sex, including but not limited to because Araujo-Moreno, Arteaga, Rosas, and Sanchez were male, because of their sexual orientation, and/or because they did not

1

conform to sex- or gender-based preferences, assumptions, expectations, norms, or stereotypes of men. The EEOC also alleges that RDG, RDC, and Better 4 You Breakfast, Inc. d/b/a Better 4 You Meals ("Better 4 You") retaliated against Araujo-Moreno, Arteaga, Rosas, Sanchez, and Imelda Gallardo in violation of Title VII by laying them off, designating them ineligible for rehire, and/or refusing to rehire them because they opposed practices made unlawful by Title VII. Better 4 You denies any liability and denies all allegations in the Charges and the First Amended Complaint, including that Better 4 You was a joint employer with Royal Dining or that it ever employed or refused to employ the Charging Parties, or in any way discriminated or retaliated against the Charging Parties.

**2.**  The Parties to this Consent Decree are the Plaintiff EEOC and the Defendant Better 4 You (hereinafter "Parties to the Decree").

**3.**  The Parties to the Decree, desiring to settle this action by an appropriate Decree, agree to the jurisdiction of this Court over the Parties to the Decree and the subject matter of this action, and agree to the power of this Court to enter a Consent Decree enforceable against Better 4 You.

**4.**  As to the issues resolved, this Decree is final and binding upon the Parties to the Decree and their successors and assigns.

**5.**  For the purpose of amicably fully and finally resolving the claims of retaliation in violation of Title VII, the Parties to the Decree jointly request this Court to adjudge as follows:

THEREFORE, upon the consent of the Parties to the Decree, and upon review by the Court of these terms, it is

ORDERED, ADJUDGED, and DECREED that the following terms are approved as set forth herein:

## II. JURISDICTION

6.     The Parties to the Decree stipulate to the jurisdiction of the Court over the Parties to the Decree and subject matter of this action and have waived the entry of findings of fact and conclusions of law.

## III. TERM AND SCOPE

7.     **Term:** The Term of this Decree and all obligations hereunder shall be twenty four months (24) from the Effective Date hereof. The Effective Date hereof shall be the date that the District Court approves this Decree. During the term of the Decree this Court shall retain jurisdiction of this cause for purposes of compliance and any disputes that may arise hereunder.

## IV. ISSUES RESOLVED

8.     This Decree resolves the claims alleged in the above-captioned lawsuit as they apply to Better 4 You, and constitutes a complete resolution of all of the Commission's claims of unlawful employment practices under Title VII that arise from the Charge of Discrimination Numbers 540-2013-03470; 540-2013-03471; 540-2013-03473; 540-2013-03472; and 540-2014-00884 and the Letters of Determination issued to Better 4 You at the end of the EEOC's investigation and the pending lawsuit Case No. CV-16-03313-PHX-DLR as against Better 4 You. By entering into this Decree the Parties to the Decree do not intend to resolve any charges of discrimination currently pending before the EEOC other than those that formed the foundation for the complaint against Better 4 You in this case, and the EEOC does not waive or in any manner limit its right to process or seek relief from Better 4 You in any other charge or investigation that may arise. Better 4 You and its officers, agents, employees, successors, and all

38584991v.4

other persons in active concert or participation with any of them will not interfere with the relief herein ordered, but shall cooperate in the implementation of this Decree.

9. The terms of this Decree shall be binding upon the present and future directors, officers, managers, agents, successors, and assigns of Better 4 You. During the term of this Decree, Better 4 You, and any successors of Better 4 You, shall provide a copy of this Decree to any organization or person who proposes to acquire or merge with Better 4 You during the term of this Decree, or any successor of Better 4 You, prior to the effectiveness of any such asset sale, acquisition, or merger. This paragraph shall not be deemed to limit any remedies available in the event of any finding by the Court regarding violation of this Decree.

## V. MONETARY RELIEF

10. Judgment is hereby entered in favor of the Commission and against Better 4 You in the amount of sixty-two thousand five hundred dollars and zero cents ($62,500.00). This judgment does not create a separate obligation in addition to the monetary obligations under Paragraph 12 below, but instead is to secure payment of Better 4 You's obligations under Paragraph 12 hereof.

11. Better 4 You will not condition the receipt of monetary relief upon the Charging Parties' agreement to (a) maintain as confidential the facts and/or allegations underlying their charges and complaint and the terms of this Decree; (b) waive their statutory rights to file a charge with any governmental agency; or (c) agree to a non-disparagement and/or confidentiality agreement.

12. To resolve these claims, and in satisfaction of the monetary judgment set forth in Paragraph 10 hereof, Better 4 You shall pay Charging Parties in accordance with a final distribution list to be provided by the EEOC to Better 4 You, and such payments shall be

38584991v.4

designated as compensatory damages in amounts to be determined within the EEOC's sole discretion.

No later than twenty-one calendar (21) days from receiving the EEOC's final distribution list, Better 4 You shall send payments to the Charging Parties at the addresses provided by the EEOC. The payments are contingent upon Better 4 You receiving an executed IRS Form W-9 from the Charging Parties.

**13.** Better 4 You shall issue an IRS Form 1099 for the settlement payments to the Charging Parties. The EEOC acknowledges and agrees that Better 4 You has made no representations to the EEOC or Charging Parties regarding the tax consequences of any amounts received by the Charging Parties pursuant to this Decree.

## VII. EQUITABLE RELIEF

*A.  Injunctive Relief*

**14.** Better 4 You and its officers, agents, successors, management (including supervisory employees), and all other persons in active concert or participation with them, or any of them, are permanently enjoined from engaging in reprisal or retaliation of any kind against any person because of such person's opposition to any practice made unlawful under the Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, the EPA, or the Genetic Information Nondiscrimination Act of 2008. Better 4 You shall not retaliate against a person because such person brings an internal complaint of discrimination with Better 4 You; because such person files or causes to be filed a charge of discrimination with the Commission or any other agency charged with the investigation of employment discrimination complaints, or whose statements serve as the basis of a charge; or

because such person testifies or participates in the investigation or prosecution of an alleged violation of these statutes. Better 4 You shall not retaliate in any manner against individuals identified as witnesses in this action or who assisted in the investigation giving rise to this action. Nor shall Better 4 You retaliate against any such persons identified as a witness or possible witnesses of discrimination in future investigations or proceedings.

**B.     *EEO Policy Review***

**15.**    Within sixty (60) days after the Effective Date hereof, Better 4 You shall, in consultation with legal counsel experienced in the area of employment discrimination law ("Consultant") to review its existing EEO policies to conform with the law and revise, if necessary.

**16.**    Within sixty (60) days after the Effective Date hereof, Better 4 You will create workplace policies relating to retaliation.

**17.**    The existing and created written policies required under Paragraphs 17 and 18 above must include, at a minimum:

    **17.1.**    A strong and clear commitment to preventing unlawful retaliation;

    **17.2.**    A clear and complete definition of retaliation;

    **17.3.**    A statement that retaliation is prohibited and will not be tolerated;

    **17.4.**    A clear and strong encouragement of persons who believe that they have been retaliated against to report such concerns;

    **17.5.**    The identification of specific individuals, with telephone numbers and email addresses, to whom employees can report their concerns about retaliation;

    **17.6.**    A clear explanation of the steps an employee must take to report retaliation, which much include the options of either an oral or written complaint;

38584991v.4

**17.7.** An assurance that Better 4 You will investigate allegations of any activity that might be construed as unlawful retaliation and that such investigation will be prompt, fair, and reasonable, and conducted by a neutral investigator specifically trained in receiving, processing, and investigating allegations of retaliation;

**17.8.** An assurance that appropriate corrective action will be taken by Better 4 You to make victims whole and to eradicate the unlawful conduct within its workforce;

**17.9.** A description of the consequences, up to and including termination, that will be imposed upon violators of Better 4 You's anti-retaliation policies;

**17.10.** A promise of maximum feasible confidentiality for persons who report unlawful retaliation, or who participate in an investigation into allegations of retaliation; and

**17.11.** An assurance of non-retaliation for persons who report unlawful discrimination and/or retaliation, and for witnesses who provide testimony or other assistance in the investigation(s) of such alleged discrimination and/or retaliation.

**18.** Within thirty (30) days after completion of the policy review and creation required under Paragraphs 17, 18, and 19 above, the written EEO policies shall be posted in a prominent location frequented by employees, at Better 4 You's facility, and distributed to each current employee. The written EEO policies shall be distributed to all new employees when hired. Better 4 You shall explain the written EEO policies available in alternative formats as necessary for persons with cognitive and visual disabilities that may prevent them from reading the policies.

38584991v.4

### C. Training

**19.** Better 4 You shall train all of their personnel about federal law prohibitions on retaliation against employees for participation in protected activity at the same time it provides its anti-harassment training under California law to its employees and supervisors under Title 2, California Code of Regulations, section 11023 et. seq. This training shall include information on Title VII of the Civil Rights Act of 1964. The training may also include information about other laws prohibiting discrimination, retaliation, and harassment in the workplace and about Better 4 You's workplace diversity policies. Under this provision, employees will be trained on Better 4 You's non-retaliation policy. All training under this Paragraph 19 shall be at Better 4 You's selection and expense. Training frequency and format shall comply with the requirements of training under California's Fair Employment and Housing Act (California Gov't Code section 12940 et. seq.), and California Code of Regulations sections 11023 et. seq.

### D. Posting to Employees

**20.** Better 4 You shall post and cause to remain posted the posters required to be displayed in the workplace by EEOC regulation 29 C.F.R. § 1601.30 in its facility.

Within five (5) business days after the Court's entry of this Decree, Better 4 You shall post in each of its facilities, in a conspicuous place frequented by employees, the Notice attached as **Attachment A** to this Decree. Better 4 You shall post the Attachment in both English and Spanish. The Notice shall remain posted for the duration of this Decree. If the Notice becomes defaced or illegible, Better 4 You will replace it with a clean copy. Better 4 You shall certify to the Commission, in writing, within ten (10) days of entry of this Decree that the Notice has been

38584991v.4

properly posted and shall provide recertification in each of the semi-annual reports required under the Reporting provisions of this Decree.

### E. *Joint Employer Relationships*

21. For the during of this decree, if Better 4 You proceeds to enter into a joint employment relationship with another employer, Better 4 You shall, prior to entering this relationship, document such relationship and clearly establish each employer's obligations to ensure compliance with Title VII.

## IX. RECORDKEEPING AND REPORTING

22. For the duration of this Decree, Better 4 You shall maintain all records concerning implementation of this Decree. Better 4 You shall comply with all record keeping obligations under the California Labor Code (including Labor Code sections 1198.5, 226, and 432), Fair Employment Housing Act (California Government Code section 12940 et. seq.), and the applicable California Industrial Wage Commission Wage Order.

23. Better 4 You shall provide semi-annual reports for each six (6) month period following the entry of this Decree. The reports shall be due thirty (30) days following the respective six-month period, except the final report which shall be submitted to the Commission six (6) weeks prior to the date on which the Decree is to expire.

24. **Requirements:** Each report shall provide the following information:

   **24.1. Complaints of Retaliation**

   **24.1.1.** For purposes of this Paragraph, the term "complaint of retaliation" will include any written or verbal complaint which alleges retaliation for activity that is protected under Title VII, or alleges retaliation for conduct which Better 4 You

recognizes or should have recognized as protected activity under any of those statutes even if the complainant does not use legal or technical terminology.

**24.1.2.** The report shall include:

**24.1.2.1.** The name, address, email address, and telephone number of each person making a complaint of retaliation to Better 4 You or to any federal, state, or local government agency;

**24.1.2.2.** The name, address, email address, and telephone number of each person identified as a potential witness and/or victim to the incident of retaliation;

**24.1.2.3.** A brief summary of each complaint, including the date of the complaint, the name of the individual(s) who allegedly engaged in the retaliatory conduct, Better 4 You's investigation and response to the complaint, the name of the person who investigated or responded to the complaint, and what, if any resolution was reached; and

**24.1.2.4.** Copies of all documents memorializing or referring to the complaint, investigation, and/or resolution thereof.

**25. Training**

**25.1.** For each training program required under this Decree, and conducted during the reporting period, Better 4 You shall submit a declaration that the training was conducted and that attendance was taken.

**26. Posting of Notice:** Better 4 You shall recertify to the Commission that the Notice required to be posted under this Consent Decree has remained posted during the reporting period,

38584991v.4

or, if removed, was promptly replaced.

**27.** Better 4 You shall comply with all recordkeeping obligations under the law prohibiting discrimination.

## X. RETENTION OF JURISDICTION AND ENFORCEMENT OF DECREE

**28.** This Court shall retain jurisdiction of this cause for purposes of compliance with this Decree and entry of such further orders or modifications as may be necessary or appropriate to effectuate equal employment opportunities for employees.

**29.** There is no private right of action to enforce Better 4 You's obligations under the Decree and only the Commission, or its successors or assigns, may enforce compliance herewith.

**30.** The Commission may petition this Court for compliance with this Decree at any time during which this Court maintains jurisdiction over this action. Should the Court determine that Better 4 You has not complied with this Decree, appropriate relief, including extension of this Decree for such period as may be necessary to remedy its non-compliance, may be ordered.

**31.** The EEOC will give Better 4 You fourteen (14) business days' notice of any alleged non-compliance with the terms of the Decree before initiating enforcement actions under this Decree. If Better 4 You has not remedied the alleged non-compliance or have not satisfied the EEOC that it has complied with the Decree at the end of that period, the EEOC may apply to the Court for appropriate relief. The dispute resolution proceedings in herein do not apply to those cases where the EEOC has determined the need to seek immediate injunctive or other extraordinary relief.

38584991v.4

## XI. EEOC AUTHORITY

**32.** With respect to matters or charges outside the scope of this Decree, this Decree shall in no way limit the powers of the Commission to seek to eliminate employment practices or acts made unlawful by any of the statutes over which the EEOC has enforcement authority, and do not arise out of the claims asserted in this lawsuit.

**33.** The EEOC may review Better 4 You's compliance with the aforementioned provisions of this Decree during the term of this Decree upon written notice to Better 4 You's attorney of record at least ten (10) business days in advance of any inspection of Better 4 You's documents or premises. Upon such notice, Better 4 You shall allow representatives of the EEOC to review its compliance with this Decree by inspecting and photocopying relevant, non-privileged documents and records, interviewing employees and management officials on its premises, and inspecting its premises.

## XII. COSTS AND ATTORNEY'S FEES

**34.** Each party shall be responsible for and shall pay its own costs and attorney's fees.

## XIII. NOTICE

**35.** Unless otherwise indicated, any notice, report, or communication required under the provisions of this Decree shall be sent by certified mail or overnight delivery, as follows:

| | |
|---|---|
| Mary Jo O'Neill<br>EEOC Phoenix District Office<br>3300 N. Central Ave Suite 690<br>Phoenix, AZ 85012 | Jonathan L. Brophy<br>Seyfarth Shaw LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067 |

38584991v.4

## XIV. SIGNATURES

36.     The Parties to this Decree agree to the entry of this Decree subject to final approval by the Court.

SO ORDERED this _____ day of _____, 2017.

BY THE COURT:

_____
Honorable
United States Judge

BY CONSENT:

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

By: _*[signature]*_____
Mary Jo O'Neill
Regional Attorney

Date: __4/13/17_____

APPROVED AS TO FORM:

_*[signature]*_____
Gina E. Carrillo
Trial Attorney
EEOC Phoenix District Office
3300 N. Central Ave Suite 690
Phoenix, AZ 85012
Attorney for Plaintiff EEOC

BETTER 4 YOU BREAKFAST

By: _*[signature]*_____
[Insert Name] FERNANDO COSTILLO
[Insert Title] CEO

Date: __4/13/17_____

_*[signature]*_____
Jonathan L. Brophy
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Attorney for Better 4 You

38584991v.4

# ATTACHMENT A

## NOTICE TO EMPLOYEES

The following notice is being posted pursuant to the terms of a Consent Decree resolving the lawsuit, *EEOC v. Royal Dining Catering, Inc. et al.*, filed in the United States District Court for the District of Arizona, Civil Action No. CV-16-03313-PHX-DLR. The United States Equal Employment Opportunity Commission ("EEOC") alleged in the lawsuit that Better 4 You Breakfast has violated Title VII of the Civil Rights Act of 1964 by discriminating against a group of employees by subjecting them to retaliation. Better 4 You Breakfast denies these allegations.

Management of Better 4 You Breakfast wishes to emphasize the company's fundamental policy of providing equal employment opportunity in all of its operation and in all areas of employment practices. Better 4 You Breakfast seeks to ensure that there will be no retaliation against any employee for engaging in a protected employment action. Protected employment action by an employee can include complaining about perceived discrimination in the workplace and filing a charge with the Equal Employment Opportunity Commission. Better 4 You Breakfast further seeks to ensure that there shall be no discrimination against any employee or applicant for employment on the grounds of race, color, religion, sex, pregnancy, national origin, age or disability. This policy extends to insurance benefits and all other terms, conditions and privileges of that employment.

Any employee who believes that he/she has suffered discrimination on the basis of age, race, color, religion, sex, pregnancy, national origin, or disability, or retaliation, or has a question about this Consent Decree has the right to contact the EEOC directly at 1-800-669-4000. In compliance with federal law, no official at Better 4 You Breakfast will retaliate against an employee who makes an internal complaint of discrimination or who contacts the EEOC or its state counterpart.

THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE. This Notice shall remain posted for the term of 2 years.

By:_____     _____
                                                                              Date

38584991v.4